COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## MEMORANDUM ORDER RECALLING MANDATE

Appellate case name:      Johanna Dabbs v. Vincent Calderon

Appellate case number:   01-14-00598-CV

Trial court case number:  2011-76748

Trial court:              333rd District Court of Harris County


      On May 20, 2016, mandate in the above-referenced cause issued.  On May 25, 2016, Vincent Calderon filed a motion for judgment nunc pro tunc, complaining of a clerical error in the judgment to enforce the judgment against Dabbs's surety on her supersedeas bond and for any costs taxed against Dabbs.  No response was filed.  On July 28, 2016, the Court recalled its May 20, 2016 mandate, and on August 25, 2016, the Court issued a corrected judgment and mandate.

      On September 22, 2016, Calderon filed an emergency motion for clarification of the August 25, 2016 mandate.  Calderon contends that the mandate should state that Dabbs's surety, Western Surety Company, is jointly and severally liable with Dabbs for the entire amount of the trial court's judgment, rather than the face amount of the bond, $30,000.  Western Surety filed a response in opposition to the motion, arguing that the Court should deny the motion or, alternatively, clarify the mandate to state that Western Surety is jointly and severally liable with Dabbs only for the amount of the bond.

      After due consideration, the Court is of the opinion that there was a clerical error in the August 25, 2016 judgment and mandate of the Court in this cause, specifically, that the Court did not state that Western Surety's joint and several liability is limited to the amount of the bond.

      The Court **denies** Calderon's September 22, 2016 motion and **orders** the Clerk of this Court to recall the mandate issued in this case on August 25, 2016.  It is further **ordered** that the Clerk of this Court instruct the clerk of the court below immediately to return the recalled mandate to the Clerk of this Court.  Execution on this Court's judgment may not commence until the Clerk of this Court issues a new mandate.  *See* TEX. R. APP. P. 18.7.

      It is so ORDERED.

Judge's signature: <u>/s/ Harvey Brown</u>
<u>X</u>  Acting individually     ☐  Acting for the Court


Date:  <u>October 4, 2016</u>